■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD RAGLAND, Appellant.—Judgment unanimously affirmed. Memorandum: The court's denial of defendant's suppression motion is supported by the record and must be affirmed. The police stopped defendant's car for a suspected traffic violation and noticed a box of bullets in plain view. Under these circumstances the police had the right to order defendant out of the car and frisk him for weapons *(see, Pennsylvania v Mimms,* 434 US 106). (Appeal from judgment of Supreme Court, Erie County, Kubiniec, J.—attempted criminal possession of weapon, second degree.) Present—Callahan, J. P., Denman, Green, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUSSELL POTTS, Appellant.—Judgment unanimously affirmed. Memorandum: Upon our review of the record, we conclude that the evidence was legally sufficient and amply supported the verdict *(see, People v Bleakley,* 69 NY2d 490, 495).

We have reviewed defendant's remaining contention and find it to be without merit. (Appeal from judgment of Supreme Court, Onondaga County, Gorman, J.—criminal possession of weapon, third degree.) Present—Dillon, P. J., Callahan, Denman, Green and Lawton, JJ.